# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

SIDNEY KEYS,                    )
                           )

       **Plaintiff,**         )
                           )

     **vs.**                  )     **Case No. 4:10cv00461 TCM**
                           )

**JOHN E. POTTER,**        )
**Postmaster General, USPS,** )
                           )

       **Defendant.**       )

## ORDER

This matter is before the Court on Plaintiff's motion to proceed in forma pauperis.

Upon review of the financial affidavit, the Court has determined that plaintiff is unable to

pay the filing fee. See 28 U.S.C. § 1915. Consequently, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed in forma pauperis is

**GRANTED**. [Doc. 2]

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process

to issue on the complaint.


                           /s/Thomas C. Mummert, III
                           THOMAS C. MUMMERT III
                           UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of April, 2010.